IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Case No. 1:16-cv-00719

Jermaine Thomas,

        Petitioner,

       v.                                                   **ORDER**

Michele Miller,

        Respondent.

This is a habeas corpus case in which the Magistrate Judge has filed a Report and Recommendation (Doc. 11), recommending that the petition be dismissed. Though notified to do so, the petitioner failed to file an objection to the Report and Recommendation. As a result, the petitioner waived his right to further review.

I have reviewed the case, *de novo*, and I find the Report and Recommendation well taken and conclude that I should dismiss the petition.

It is, hereby,

ORDERED THAT:

1.     The Magistrate Judge's Report and Recommendation (Doc. 11) be, and the same hereby is, adopted as the order of this Court; and

2.     The petition (Doc. 1) be, and the same hereby is, dismissed with prejudice.

An appeal from this order would be frivolous and shall not be taken without prepayment of the requisite filing fee.

So ordered.

<u>/s/ James G. Carr</u>
Sr. U.S. District Judge